# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES F. BRYAN
           REBECCA C. BRYAN

           Debtor(s)           CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant

vs.

CHARLES F. BRYAN           CASE NO: 1-16-00269-MDF
REBECCA C. BRYAN

           Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on November 23, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about November 2, 2016 be withdrawn. The default has been cured.

           Respectfully Submitted,
           /s/ Charles J. DeHart, III
           Charles J. DeHart, III, Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           Phone: (717) 566-6097

Dated: November 23, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHARLES F. BRYAN
        REBECCA C. BRYAN

                    Debtor(s)

CHARLES J. DEHART, III          CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

                                CASE NO: 1-16-00269-MDF
CHARLES F. BRYAN
REBECCA C. BRYAN

                    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on November 23, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on November 23, 2016.

CHARLES F. BRYAN
REBECCA C. BRYAN
3180 DRUCK VALLEY RD.
YORK, PA  17406-6926

KEITH B. DeARMOND, ESQUIRE
DeARMOND LAW FIRM
18 SOUTH GEORGE STREET, STE 610
YORK, PA  17401-

                    Respectfully Submitted,
                    /s/ Vickie Williams
                    for Charles J. DeHart, III, Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA  17036
                    Phone:  (717) 566-6097

Dated:  November 23, 2016