UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHARLES F. BRYAN and     :  CHAPTER 13
        REBECCA C. BRYAN         :
          Debtor(s)             :
                             :
        CHARLES J. DEHART, III     :
        STANDING CHAPTER 13 TRUSTEE  :
          Movant              :
                             :
          vs.                  :
                             :
        CHARLES F. BRYAN and     :
        REBECCA C. BRYAN         :
          Respondent(s)       :  CASE NO.  1-16-bk-00269

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

      AND NOW, this  17th  day of April, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

      a.  The debtor(s) defaulted under their original plan or their previous plan.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.  Deny confirmation of debtor(s) plan.
      b.  Dismiss or convert debtor(s) case.
      c.  Provide such other relief as is equitable and just.

                 Respectfully submitted:

                 Charles J. DeHart, III
                 Standing Chapter 13 Trustee
                 8125 Adams Drive, Suite A
                 Hummelstown, PA 17036
                 (717) 566-6097

      BY:      /s/James K. Jones
                 Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

    AND NOW, this   17th   day of April, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Keith DeArmond, Esquire
18 South George Street, Ste 610
York, PA   17401


            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee