```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00269-HWV
Charles F Bryan                                                 Chapter 13
Rebecca C Bryan
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: TWilson            Page 1 of 1           Date Rcvd: Jul 11, 2019
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db/jdb         Charles F Bryan,    Rebecca C Bryan,    3180 Druck Valley Rd,    York, PA  17406-6926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 2 Rebecca C Bryan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 1 Charles F Bryan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Charles F. Bryan                            CHAPTER 13
    Rebecca C. Bryan
        DEBTOR(S)                     CASE NO.: 1:16-BK-00269-HWV
                                                        MOTION TO MODIFY PLAN

## ORDER

Upon consideration of the Debtors' Motion to Modify their Chapter 13 Plan after confirmation, the Motion is GRANTED and the Debtors are permitted to modify their Chapter 13 Plan after confirmation, pursuant to 11 U.S.C. § 1329, to conform to the amended plan attached as an Exhibit to the Motion of the Debtors.

Dated: July 10, 2019                          By the Court,

                                              _____
                                              Henry W. Van Eck, Bankruptcy Judge [JH]