UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARLES F. BRYAN                                    Case No.: 1-16-00269-HWV
REBECCA C. BRYAN                                    Chapter 13
         Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**
Creditor Name:              QUICKEN LOANS INC
Court Claim Number:         09
Last Four of Loan Number:   #9886/ post arrears Druck Valley
Property Address if applicable:  3180 DRUCK VALLEY RD., , YORK, PA17406-6926

**PART 2:**            **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                              $0.00
b. Prepetition arrearages paid by the Trustee:                                  $0.00
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                             $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                     $0.00
e. Allowed postpetition arrearage:                                              $3,563.10
f. Postpetition arrearages paid by the Trustee:                                 $3,563.10
g. Total b, d, f:                                                               $3,563.10

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment:  $944.81
Next postpetition payment due:  MARCH, 2021
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  March 24, 2021 	Respectfully submitted,

                                                       s/ Charles J. DeHart, III, Trustee  
                                                     Standing Chapter 13 Trustee  
                                                     Suite A, 8125 Adams Drive  
                                                     Hummelstown, PA  17036  
                                                     Phone:  (717) 566-6097  
                                                     Fax:  (717) 566-8313  
                                                     eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  QUICKEN LOANS INC  
Court Claim Number:  09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1200874 | 04/11/2019 | $58.60 | $0.00 | $58.60 |
| 5200 | 1202198 | 05/09/2019 | $808.10 | $0.00 | $808.10 |
| 5200 | 1203509 | 06/06/2019 | $808.10 | $0.00 | $808.10 |
| 5200 | 1211378 | 12/12/2019 | $1,293.07 | $0.00 | $1293.07 |
| 5200 | 1212739 | 01/16/2020 | $245.81 | $0.00 | $245.81 |
| 5200 | 1214091 | 02/13/2020 | $140.48 | $0.00 | $140.48 |
| 5200 | 1215395 | 03/12/2020 | $208.94 | $0.00 | $208.94 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    CHARLES F. BRYAN                                Case No.: 1-16-00269-HWV
    REBECCA C. BRYAN                              Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| KEITH B. DeARMOND, ESQUIRE<br>2951 WHITEFORD ROAD<br>SUITE 101<br>YORK PA, 17402-7624 | SERVED ELECTRONICALLY |
| QUICKEN LOANS INC<br>635 WOODWARD AVENUE<br>DETROIT, MI, 48226 | SERVED BY 1ST CLASS MAIL |
| CHARLES F. BRYAN<br>REBECCA C. BRYAN<br>3180 DRUCK VALLEY RD.<br>YORK, PA 17406-6926 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com