
# U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Charles F Bryan, Case Number: 16-00269, HWV, Ref: [p-163314450]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>     Mon, Apr 19, 2021 at 6:14 PM
To: general.dearmondlaw@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

April 19, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Charles F Bryan, Case Number 16-00269, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**228 Walnut St, Rm 320**
**Harrisburg, PA 17101-1737**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Met-Ed, A FirstEnergy Company
FirstEnergy
331 Newman Springs Rd Building 3
Red Bank, NJ 07701-5688

_____
Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

_MET-ED FIRST ENERGY_
_501 PARKWAY BLVD_
_YORK PA 17404_
_____

_5-6-2021_
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.