In re:  Case No. 16-00269-HWV

Charles F Bryan  Chapter 13

Rebecca C Bryan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Jun 15, 2021     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Charles F Bryan, Rebecca C Bryan, 3180 Druck Valley Rd, York, PA 17406-6926 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Keith B DeArmond | on behalf of Debtor 2 Rebecca C Bryan general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Keith B DeArmond | on behalf of Debtor 1 Charles F Bryan general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. bkgroup@kmllawgroup.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |

Thomas I Puleo
    on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles F Bryan,<br>**Debtor 1**<br>Rebecca C Bryan,<br>**Debtor 2** | Chapter 13<br>Case No. 1:16−bk−00269−HWV |

Social Security No.:
    xxx−xx−2997    xxx−xx−3647

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 15, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**fnldec** (10/20)